FILED
OCT 15 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR VALENCIA,<br>SAUL ALCANTAR MARTINEZ,<br>ADAM TORGLER,<br>LIZBETH JUAREZ GARCIA,<br>STEPHEN MICHAEL FLECK,<br>DIANE MARIE CERIN-PERNISIE, and<br>THOMAS SILVESTRI,<br><br>　　　　　　Defendants. | CASE NO.  1:15-MJ-00154 BAM<br><br>**UNDER SEAL**<br><br>ORDER TO UNSEAL COMPLAINT |

The United States having applied to this Court for an order unsealing the complaint in the above-entitled action, good cause appearing;

IT IS ORDERED.

Dated: October 15, 2015

_____
HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant          1