# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VALENCIA,<br><br>Defendant. | Case No. 1:15-cr-00300 LJO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW AND RELEASE ON CONDITIONS<br><br>(ECF No. 76) |

On June 21, 2016, Defendant Victor Valencia filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held June 27, 2016. Defendant appeared in custody with counsel Eric Kersten. Kathy Servatius appeared for the government.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, fail to reasonable assure his appearance. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk.

IT IS SO ORDERED.

Dated: **June 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1