1

**HARRY M. DRANDELL #109293**          (SPACE BELOW FOR FILING STAMP ONLY)

**LAW OFFICES OF HARRY M. DRANDELL**

2333 MERCED STREET

FRESNO, CALIFORNIA 93721

2

PHONE (559) 441-0441

FAX (559) 485-3852

3

4

Attorneys for Defendant, VICTOR VALENCIA

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **EASTERN DISTRICT OF CALIFORNIA**

9                                    * * * * *

10

| UNITED STATES OF AMERICA, ) | **CASE NO:   1:15-CR-00300-001 DAD** |
|---|---|

                              )

11    Plaintiff,              )          **STIPULATION AND**

                              )          **ORDER TO CONTINUE SENTENCING**

12   v.                       )          **HEARING**

                              )

13   VICTOR VALENCIA,         )

                              )

14                            )          Date:  March 27, 2017

     Defendant.              )          Time:  10:00 a.m.

                              )          Judge: Dale A. Drozd

15   _____)

16          **IT IS HEREBY STIPULATED** by and between Phillip A. Talbert, United

17   States Attorney, through Kathleen Anne Servatius, Assistant United States Attorney, attorneys

18   for Plaintiff and Harry M. Drandell, attorney for Victor Valencia, that the sentencing hearing,

19   currently scheduled for March 27, 2017, may be continued to September 25, 2017, at 10:00

20   a.m.

21          This is a joint request, and is in the interests of justice.

22

23          The parties agree that the delay resulting from the continuance shall be excluded

24   in the interests of justice, including, but not limited to, the need for the period of time set forth

25   herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and,

26   (iv).

     ///

27   ///

28

                                            1

1

Dated:  March 23, 2017                         Respectfully submitted,

2

LAW OFFICES OF HARRY M. DRANDELL

3

/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,

4

VICTOR VALENCIA

5

6

Dated:  March 23, 2017                         PHILLIP A. TALBERT

7

/s/ Kathleen Anne Servatius
KATHLEEN ANNE SERVATIUS
Assistant U.S. Attorney

8

Attorneys for Plaintiff

9

10

### ORDER

11

**IT IS HEREBY ORDERED**, the Court, having received, read, and considered

12

the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its

13

entirety as its order.  The Court orders the March 27, 2017 sentencing hearing be continued to

14

September 25, 2017 at 10:00 a.m.

15

16

IT IS SO ORDERED.

17

Dated:  **March 23, 2017**            _____

18

UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2