UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VALENCIA,<br><br>Defendants. | No. 1:15-cr-00300-DAD-BAM<br><br>ORDER DISMISSING DEFENDANT'S EMERGENCY MOTION FOR SENTENCE REDUCTION<br><br>(Doc. No. 164) |

On September 25, 2017, defendant Valencia was sentenced to 70 months in the custody of the Bureau of Prisons following his plea of guilty to conspiracy to distribute methamphetamine and heroin in violation of 21 U.S.C. §§ 846 and 841(a)(1) as alleged in a Superseding Information. On May 20, 2019 defendant Victor Valencia, proceeding pro se, filed with this court an "Emergency Motion For Sentence Reduction based upon his good behavior while imprisoned, his rehabilitative efforts and accomplishments since being sentenced and his mother's serious medical condition. (Doc. No. 164.) Because the court lacks jurisdiction to grant defendant the requested relief his motion will be denied.

The court acknowledges defendant Valencia's efforts and accomplishments since his incarceration as reflected in the various attachments to his motion. However, ordinarily a district court "may not modify a term of imprisonment once it has been imposed." *United States v.*

1

1 | *Mercado-Moreno,* 869 F. 3d 942, 948 (9th Cir. 2017) (citing 18 U.S.C. § 3582(c)).  One
2 | exception, in addition to those addressed in §3582(c) itself, to this general rule is when relief is
3 | authorized by Rule 35 of the Federal Rules of Criminal Procedure.  That rule sets forth two
4 | circumstances in which a district court may modify a sentence.  Under Rule 35(a) a court may
5 | correct a sentence within 14 days of sentencing for an arithmetical, technical, or other clear error.
6 | Pursuant to Rule 35(b) a district court may reduce a sentence based upon a defendant's substantial
7 | assistance in the government's investigation or prosecution of another.  However, these
8 | exceptions are inapplicable to defendant Valencia's pending motion.  This court simply lacks the
9 | authority to modify or reduce his sentence due to post-sentencing rehabilitation or family
10 | circumstances.

For the reasons stated above, defendant's Emergency Motion For Sentence Reduction (Doc. No. 164) is denied.

IT IS SO ORDERED.

Dated:  **May 26, 2019**

_____
UNITED STATES DISTRICT JUDGE